IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action **No. 12-cv-02909-JLK**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$9,000.00 IN UNITED STATES CURRENCY,

      Defendant.

## ORDER

This matter having come before me on the United States' Unopposed Motion to Lift Stay (Doc. 15), and being fully apprised of the argument presented in that motion, it is hereby ORDERED that the Motion is GRANTED, and the stay previously imposed in this matter is lifted.

Dated:   January 13, 2015        BY THE COURT:

                                              s/ John L. Kane
                                              Senior U.S. District Court Judge