IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02909-JLK-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$9,000.00 IN UNITED STATES CURRENCY,

    Defendant.

_____

**FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture.  The Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and claimant Louis Figueroa, through counsel, Ariel Z. Benjamin, and have reached a settlement agreement resolving Louis Figueroa's interest as to defendant $9,000.00 in United States Currency, and have filed a Settlement Agreement with the Court resolving all issues in dispute as to defendant currency;

THAT no other claims to the above listed defendant property have been filed;

THAT forfeiture of $8,000.00 of defendant $9,000.00 in United States currency shall enter in favor of the United States;

1

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of $8,000.00 of defendant $9,000.00 in United States currency shall enter in favor of the United States; the United States shall have full and legal title to the defendant currency, and may dispose of them in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to this defendant currency pursuant to 28 U.S.C. § 2465; and

THAT the Scheulding Conference set for March 31, 2015 at 11:00 a.m. is hereby VACATED.

SO ORDERED this 19th day of March, 2015.

BY THE COURT:

**/s John L. Kane**
JOHN L. KANE
United States Senior District Judge