IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02909-JLK-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$9,000.00 IN UNITED STATES CURRENCY;

    Defendant.

_____

**FINAL JUDGMENT**
_____

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture entered by the Honorable Judge John L. Kane, the following JUDGMENT is hereby entered:

1. That forfeiture of $8,000.00 of defendant $9,000.00 in United States currency including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881.

2. That the United States shall have full and legal title as to the above described defendant assets and may dispose of said assets in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

3. That Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to all defendant property under 28 U.S.C. § 2465.

4.     Per the parties' settlement agreement, the parties have waived their entitlement to costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Done at Denver, Colorado this 20th day of March, 2015.

                JEFFREY P. COLWELL
                Clerk of the U.S. District Court


        By:  s/Bernique Abiakam
               Deputy Clerk